# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

LARRY VIGAL,

    Plaintiff,

v.                                                        Civ. No. 18-622 KG/GBW

ANTONIO PADILLA, *et al.*,

    Defendants.

## FINAL ORDER

Pursuant to the Order entered concurrently herewith, the Court enters this Final Order, under Fed. R. Civ. P. 58, DISMISSING Plaintiff's Complaint WITH PREJUDICE.

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE